UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**CIVIL ACTION NO. 16-44-DLB**

**GREGORY C. HALCOMB**                                            **PLAINTIFF**

vs.                                  **JUDGMENT**

**NANCY A. BERRYHILL**, Acting
**Commissioner of Social Security**                              **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and sentence four of 42 U.S.C. § 405(g), it is **ORDERED AND ADJUDGED** as follows:

(1) The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2) Plaintiff Gregory C. Halcomb's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(3) This action is **STRICKEN** from the active docket of this Court.

This is a final and appealable order and no just cause for delay exists.

This 1st day of May, 2017.



Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\16-44 Halcomb Judgment.docx